# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand and sixteen.

_____

Car-Freshner Corporation, Julius Samann Ltd.,

   Plaintiff-Counter-Defendant - Appellee,

v,

D&J Distributing and Manufacturing, Inc., doing business as Exotica Freshners Co.,

   Defendant-Counter-Claimant - Appellant.

_____

**ORDER**

Docket No. 15-4011

     On February 1, 2016, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having denied the motion in an order dated March 1, 2016,

     IT IS ORDERED that the stay of this appeal is hereby lifted. Appellant's brief must be filed by April 26, 2016.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court